UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#11 / JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 09-6991 PSG (PJWx) | Date | November 13, 2009 |
|---|---|---|---|
| Title | Jon Kasai v. Macy's Department Stores, Inc. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Remand Order**

On October 9, 2009, the Court issued an Order to Show Cause re Remand to State Court ("OSC"). On October 29, 2009, Defendant Macy's West Stores, Inc. filed a Response to Order to Show Cause re Remand to State Court, requesting a voluntary remand. Accordingly, the Court REMANDS the case.

**IT IS SO ORDERED.**